UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA ROSE, JENNIFER CRADIT,
SYLVIA DENISE BRADDOCK, LISA
RENEE BRANDIMORE, DWAYNE
BUTTERFIELD, BOBBIE WAYNE
CARTER, DANIEL WRAY CLAYTON,
JOSHUA FULLER, NICHOLAS ANTHONY
GILES, WILLIE LOUIS HENDRICKS,
TANISHA RAMON JOHNSON, ROBERT
ALLEN KELSEY, SUE ANN LETTERMAN,
LIZZA QUARLES, personal representative
of the estate of Donna Lynn Quarles, GREGORY
LOUIS SCHULTZ, AMANDA RAE SHINAVER,
DWAYNE ALANN SIMMONS, ROBIN RENEE
THOMAS, JOSHUA ALLEN WEIGANT,
JUSTIN ANDERSON, CRAIG MASON, and
MATTHEW STARKWEATHER,

Case Number 01-10337
Honorable David M. Lawson

      Plaintiffs,

v.

SAGINAW COUNTY,

      Defendant.
_____/

## JUDGMENT

In accordance with the jury verdict of March 18, 2008,

It is **ORDERED AND ADJUDGED** that the plaintiff, Joshua Fuller, shall recover from the defendant, Saginaw County, in the amount of Thirty Thousand Dollars ($30,000) plus such interest as he is entitled to under law.

It is further **ORDERED AND ADJUDGED** that the plaintiff, Sue Ann Letterman, shall recover from the defendant, Saginaw County, in the amount of Forty Thousand Dollars ($40,000) plus such interest as she is entitled to under law.

It is further **ORDERED AND ADJUDGED** that the plaintiff, Justin Anderson, shall recover from the defendant, Saginaw County, in the amount of Twenty-Five Thousand Dollars ($25,000) plus such interest as he is entitled to under law.

It is further **ORDERED AND ADJUDGED** that the plaintiff, Matthew Starkweather, shall recover from the defendant, Saginaw County, in the amount of Fifty Thousand Dollars ($50,000) plus such interest as he is entitled to under law.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: March 20, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 20, 2008.

                              s/Felicia M. Moses
                              FELICIA M. MOSES